### Jack CARTER v. STATE.
#### No. 15682.

Court of Criminal Appeals of Texas.

Nov. 9, 1932.

W. W. Ballard, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, life imprisonment in the penitentiary.

In this case appellant was charged with the robbery of a person named, by means of an assault and violence. In the indictment it was alleged that at a time prior to that of the instant robbery appellant had been legally and finally convicted of another similar offense, the offense of robbery. The matter was properly submitted to the jury, and they found that appellant was guilty in the instant case, and that he had been formerly convicted. The punishment was fixed as above stated. There is in the record no statement of facts or bills of exception.

The judgment will be affirmed.

HAWKINS, J., not sitting.

### F. H. COLEMAN, alias Shine Coleman, v. STATE.
#### No. 15614.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

Moore & Wilson, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

No statement of facts is brought forward. We are unable to appraise the bill of exception embraced in the record in the absence of a statement of facts.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Barney CRAVER v. STATE.
#### No. 15701.

Court of Criminal Appeals of Texas.

Nov. 9, 1932.

John B. Henderson, Jr., of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

HAWKINS, J., not sitting.